### Commonwealth v. Rector, Appellant.

Submitted December 11, 1967. *Mervyn R. Turk,* First Assistant Public Defender, for appellant; *Vram Nedurian, Jr.* and *Ralph B. D'Iorio,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.